

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-16-00377-CV

**IN THE INTEREST OF A.N.G., A.M. AND A.M., CHILDREN**,

From the County Court, Jim Wells County, Texas
Trial Court No. 14-09-53681-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The clerk's record and reporter's records for this appeal were due to be filed on June 23, 2016. On June 24, 2016, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating that the reporter's record was not filed because appellant failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the fees has been paid or arrangements have been made to pay the fees for the preparation of both the clerk's record and reporter's record in this appeal; or (2) appellant is entitled to appeal without paying the fees. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court